1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   TIMOTHY HOBAN,                          1:10-cv-00041 GSA (HC)

12                  Petitioner,
                                             ORDER AUTHORIZING
13        vs.                                IN FORMA PAUPERIS STATUS

14   K. HARRINGTON,

15                  Respondent.
     _____/
16

17        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

19   proceed *in forma pauperis*.

20        IT IS SO ORDERED.

21   **Dated:**   __**February 12, 2010**__          ____**/s/ Gary S. Austin**____
                                                      UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28